B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **08−18371−SJS**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adam Greenhalgh
   1612 SW 114th St Suite 149
   Seattle, WA 98146

Social Security/Individual Taxpayer ID No.:
   xxx−xx−6447

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **December 4, 2008.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: March 26, 2009

Samuel J. Steiner
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

District/off: 0981-2          User: renatoc              Page 1 of 2              Date Rcvd: Mar 26, 2009
Case: 08-18371                Form ID: b18               Total Served: 85

The following entities were served by first class mail on Mar 28, 2009.
```
db         +Adam Greenhalgh,   1612 SW 114th St Suite 149,   Seattle, WA 98146-3562
sr         +First American Title Insurance Company,   Bishop White & Marshall PS,   c/o Scott D Crawford,
            720 Olive Way #1301,   Seattle, WA 98101-1834
951456864  +AT & T Mobility,   P.O. Box 6463,   Carol Stream, IL 60197-6463
951456858   Adrian Gonzalez Pool & Spa Service,   No Address Given,   Palm Desert, California
951456859   Airespring,   P.O. Box 7420,   Van Nuys, CA 91409-7420
951456860  +Alaska Cascade Financial Services, Inc.,   2005 SW 356th St,   P.O. Box 4162,
            Federal Way, WA 98063-4162
951456861  +Alliance One Receivables Management, fnc.,   4850 St Rd, Suite 300,   Trevose, PA 19053-6643
951456862  +Allied Interstate,   MES/12140799,   P.O. Box 361598,   Columbus, OH 43236-1598
951456863  +Asset Recovery Group,   33305 1 st Way S., #B 102,   Federal Way, WA 98003-4545
951456866  +Aztec Foreclosure Corporation,   3300 N. Central Ave. Suite 2200,   Phoenix, AZ 85012-2582
951456870   BECU,   P.O. Box 97050,   Seattle, WA 98124-9750
951456869   BECU - Consumer Loan Accounts,   P.O. Box 97050,   Seattle, WA 98124-9750
951456873  +Berkeley Heartlab, Incc.,   839 Mitten Road,   Burlingame, CA 94010-1303
951456874   Bottom Line Books,   P.O. Box 11014,   Des Moines, WA 50336-1014
951456875  +Bradshaw, Kyle and Lori (husband and wife),   10452 56th Ave. S.,   Seattle, WA 98178-2216
951456876  +Bureau of Collection Recoveries, Inc.,   PO Box 9001,   Minnetonka, MN 55345-9001
951456878  +Burrtec Waste & Recycling Services (Palm Desert),   41575 Eclectic St.,
            Palm Desert, CA 92260-1968
951456880  +Client Services, Inc.,   3451 Harry Truman Blvd.,   St. Charles, MO 63301-9816
951456881  +Coachella Valley Water District,   P.O. Box 1058,   Coachella, CA 92236-1058
951456882  +Collect America Commercial Services,   16011 College Blvd. Suite #101,   Lenexa, KS 66219-1442
951456883   Comcast,   P.O. Box 34227,   Seattle, WA 98124-1227
951456885   Credit Management, LP,   P.O. Box 118288,   Carrollton, TX 75011-8288
951456887  +Creditor's Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
951456886   Creditor's Interchange,   P.O. Box 1335,   Buffalo, NY 14240-1335
951456889  +D. Gottlieb, MD, PS,   P.O. Box 13684,   Seattle, WA 98198-1010
951456890   Dewey Pest Control,   P.O. Box 7114,   Pasadena, CA 91109-7214
951456891   Evergreen Professional Recoveries,   P.O. Box 666,   Bothell, WA 98041-0666
951456893  +Fidelity National Title,   1010 S. 336 th Street #1 12,   Federal Way, WA 98003-7355
951456894  +First American Title Insurance Co.,   4707 S. 19th Street, #101,   Tacoma, WA 98405-1151
951456895  +First Revenue Assurance,   P.O. Box 3020,   Albuquerque, NM 87190-3020
951456928   Frank Petersohn,   The Rainbow Bridge,   6914 Pacific Coast Hwy. 101,
            Sechelt, BC, Canada VON 3A8
951456896  +Frederick J. Hanna & Associates,   1427 Roswell Road,   Marietta, GA 30062-3668
951456897  +GC Services,   P.O. Box 721660,   Oklahoma City, OK 73172-1660
951456898  +GE Security Supra (Supra Lockbox System),   4001 Fairview Industrial Drive S.E.,
            Salem, OR 97302-1142
951456900   Group Health Cooperative,   Patient Financial Services,   P.O. Box 34365,
            Seattle, WA 98124-1365
951456901   HFC Personal Line of Credit,   P.O. Box 60101,   City of Industry, CA 91716-0101
951456904   I.C. System, Inc.,   512 Bell Street,   Edmonds, WA 98020-3147
951456905   Itex,   3326 160'h Avenue SE Suite 100,   Bellevue, WA 98008-6418
951456906   Jackson, Fredric MD,   3326160' Ave SE, Suite 100,   Bellevue, WA 98008
951456907  +Key Bank,   Key Bank Collections Center,   P.O. Box 94968,   Cleveland, OH 44101-4968
951456909   Key Bank,   P.O. Box 94831,   Cleveland, OH 44101-4831
951456908   Key Bank National Association,   WA-SA-Tacoma Asset Recovery Group,   I IO 1 Pacific Avenue,
            Tacoma, WA 98402
951456911   Lackey, Lynn and Tom,   4780 Tok A Lou Ave NE,   Tacoma, WA 98422-1631
951456913   Lantana Homeowner's Association,   P.O. Box 13710,   Palm Desert, CA 92255-3710
951456914  +Lopez, Antonio,   68060 Encinitas Road,   Cathedral City, CA 92234-5624
951456917  +MET Intemational,   Commercial Invoice No. 278805,   1900 Surveyor Road,
            Carrollton, TX 75006-5110
951456915  +McGuire, Ashley,   73373 Country Club Drive #1601,   Palm Desert, CA 92260-8639
951456916  +McKay DDS, Daniel,   901 Boren Av enue, Suite 1940,   Seattle, WA 98104-3500
951456918   Minor and Jarnes Medical,   P.O. Box 3489,   Seattle, WA 98114-3489
951456919   NCO Financial Systems, Inc.,   P.O. Box 182965,   Columbus, OH 43218-2965
951456920  +NCO Financial Systems, Inc.,   2725 East Desert Inn Road,   Las Vegas, NV 89121-3602
951456922   North Shore Agency, Inc.,   Acct. No. 536345655,   P.O. Box 8901,   Westbury NY 11590-8901
951456923  +Omnium Worldwide, Inc.,   7171 Mercy Road,   Omaha, NE 68106-2620
951456925  +Orlandini & Waldron,   6711 Regents Blvd. W.,   Tacoma, WA 98466-5421
951456877   P.O. Box 9001,   Minnetonka, MN 55345-9001
951456926  +Pacer Service Center,   P.O. Box 70951,   Charlotte, NC 28272-0951
951456930   Pakie V. Plastino,   II 740 Riviera,   Seattle, WA
951456929  +Pete's Towing DOL Impound of Volvo,   21841 Pacific Hwy So,   Des Moines, WA 98198-7705
951456931   Puget Sound Energy,   BOT-OIH,   P.O. Box 91269,   Bellevue, WA 98009-9269
951456933  +Rainier Collection Services,   1605 116th Avenue N.E, Suite 209,   Bellevue, WA 98004-3034
951456934  +Regence BlueShield,   Attn: Cash Management MS 10 1 6,   1800 Ninth Avenue,   P.O. Box 21267,
            Seattle, WA 98111-3267
951456935   Regence Blueshield,   MS EV280,   1800 Ninth Avenue,   P.O. Box 21267,   Seattle, WA 98111-3267
951456936  +Renton Collections, Inc.,   211 Morris Ave. South,   Renton, WA 98057-2024
951456937  +Riverside County,   4080 Lemon St - First Floor,   Riverside, CA 92501-3609
951456938   Safeco,   Safeco Business Insurance,   P.O. Box 6478,   Carol Strearn, IL 60197-6478
951456939   Seattle City Light,   Department of Finance,   P.O. Box 34017,   Seattle, WA 98124-1017
951456941   Seattle Radiologists,   P.O. Box 509097,   San Diego, CA 92150-9097
951456942   Skyway Water Department,   6723 S. 124'@ Street,   Seattle, WA 98178
951456943   Southem Califomia Edison,   P.O. Box 600,   Rosemead, CA 91771-0001
951456944   Speakeasy,   P.O. box 34654,   Seattle, WA 98124-1654
951456945   Time-Wamer - San Diego,   P.O. Box 78058,   Phoenix, AZ 85062-8058
951456949  +Tukwila WA Trading Company,   3725 S. 144h Street,   Tukwila, WA 98168-4044
951456946  +Tukwila, City of,   6200 Southcenter Blvd.,   Tukwila, WA 98188-2599
951456951   U.S. Bank Capitol Hill WA Office,   135 Broadway East,   Seattle, WA 98102-5711
```

```
951456947    U.S. Bank Cardmember Service,   Cardmember Service,   P.O. Box 790084,   St. Louis, MO 63179-0084
951456954   +Wells Fargo,   Home Equity Payment Processing,   MAC B6955-01B,   PO Box 31557,
              Billings, MT 59107-1557
951456953    Wells Fargo,   Renton Village,   P.O. Box 6995,   Portland, Oregon 97228-6995
```

The following entities were served by electronic transmission on Mar 27, 2009.
```
smg           EDI: WADEPREV.COM Mar 27 2009 00:33:00      State of Washington,   Department of Revenue,
              2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
951456867     EDI: BANKAMER.COM Mar 27 2009 00:33:00      Bank of America,   P.O. Box 15137,
              Wilmington, DE 19850-5137
951456868     EDI: BANKAMER.COM Mar 27 2009 00:33:00      Bank of America,   Acct. No. 4888940011390776,
              P.O. Box 15137,   Wilmington, DE 19850-5137
951456879     EDI: CHASE.COM Mar 27 2009 00:33:00      Chase Sony Card,   Cardmember Service,   P.O. Box 94014,
              Palatine, U, 60094-4014
951456903     EDI: HFC.COM Mar 27 2009 00:33:00      Household Finance,   P.O. Box 60101,
              City of Industry, CA 91716-0101
951456921     EDI: NESF.COM Mar 27 2009 00:33:00      NES (National Enterprise Systems),   29125 Solon Road,
              Solon, OH 44139-3442
951456924     EDI: HFC.COM Mar 27 2009 00:33:00      Orchard Bank,   HSBC Card Services,   P.O. Box 60102,
              City of tndustry, CA 91716-0102
951456932     E-mail/Text: bklaw@qwest.com                Qwest Communications,   P.O. Box 91155,
              Seattle, WA 98111-9255
951456953     EDI: WFFC.COM Mar 27 2009 00:33:00      Wells Fargo,   Renton Village,   P.O. Box 6995,
              Portland, Oregon 97228-6995
951456954    +EDI: WFFC.COM Mar 27 2009 00:33:00      Wells Fargo,   Home Equity Payment Processing,
              MAC B6955-01B,   PO Box 31557,   Billings, MT 59107-1557
                                                                                                  TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
951456865     ATT Worldnet,   No Address Given
951456888     Crystal Springs,   Crystal and Sieffa Spirings,   P.O. Box 660579
951456892     FIA Card Services, NA
951456902     Highline Sleep Disorder Center
951456912     King County Superior Court State of Washington:
951456927     Pacificstar Appraisal Service,   Packet 8
951456950     U.S. Bank - Overdrawm Deficiency
951456948     U.S. Bank - Overdrawn Deficiency
951456952     Verizon Califomia
951456871*    BECU,   P.O. Box 97050,   Seattle, WA 98124-9750
951456872*    BECU,   P.O. Box 97050,   Seattle, WA 98124-9750
951456884*    Comcast,   P.O. Box 34227,   Seattle, WA 98124-1227
951456899*   +GE Security Supra (Supra Lockbox System),   4001 Fairview Industrial Drive S.E.,
              Salem, OR 97302-1142
951456910*    Key Bank,   P.O. Box 94831,   Cleveland, OH 44101-4831
951456940*    Seattle City Light,   Department of Finance,   P.O. Box 34017,   Seattle, WA 98124-1017
                                                                                              TOTALS: 9, * 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2009**                    **Signature:** _Joseph Speetjens_