UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

FILED
2009 APR -6 PM 3:54

# AMENDMENT COVER SHEET

DEBTOR LAST NAME  Greenhalgh
CASE NUMBER   08/18371-SJS                    CHAPTER  7
ATTORNEY FOR DEBTOR  Pro Se         PHONE  888 411 2326



## PLEASE CHECK WHAT IS BEING AMENDED

PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $26.00 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS.

SUBMIT ORIGINAL ONLY в NO COPIES REQUIRED

1. PETITION:    Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

✓ 2. MATRIX:    Adding, Deleting Creditors  (Requires $26 Fee)

   No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

   When submitting an amended Matrix, send Matrix with ONLY the amended creditors.

✓ 3. SCHEDULES:
   D, E, F  (Requires $26 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(c)(3))

   A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

   A, B, C, G, H, I, J,  (No fee required)

✓ 4. AMENDING AMOUNTS/TOTALS OF SCHEDULES:
   D, E, F  (Requires $26 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(c)(3))

   A, B, C, G, H, I, J,  (No fee required)

5. STATEMENT OF FINANCIAL AFFAIRS (No fee required)

It is the responsibility of the debtor to notify additional creditors by sending a section 341 meeting of creditors notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. If the case presently is closed a Motion To Reopen, Notice of Hearing, Proposed Order and Proof of Service, a filing fee, and the amendment fee must accompany the amendment.

Signature of Debtor

Rev 07/01/08

EXHIBIT "A"

ATT Worldnet
101 West Broadway
San Diego, CA 92102

Crystal Springs
3215 Rockview Place
San Luis Obispo, CA 93401

FIA Card Services, NA
400 Christiana Rd.
Newark, DE 19713-4220

Highline Sleep Disorder Center
16233 Sylvester Rd. S.W. G70
Burien, WA 98166-3045

King County Superior Court
State of Washington
516 Third Avenue
Seattle, WA 98104

Pacificstar Appraisal Service
11200 Kirkland Way #360
Kirkland, WA 98033-3946

U.S. Bank – Overdrawn Deficiency
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

U.S. Bank – Overdrawn Deficiency
U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402

EXHIBIT "A"

Verizon California
112 Lake Buccanon
Thousand Oaks, CA 91362

Flagstar
5151 Corporate Drive
Troy, MI 48098

Greenpoint
100 Wood Hollow Drive
Novata, CA 94945

Indymac
888 East Walnut Street
Pasadena, CA 91101

New Century
2033 Milwaukee Ave, Ste 237
Riverwoods, IL 60015

Option One/HR Block
1 H&R Block Way
Kansas City, MO 64105

Countrywide
4500 Park Granada
Calabasas, CA 91302

Citimortgage
1000 Technology Drive
Mail Station 100-A
O'Fallon, MO 63368-2240

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104

EXHIBIT "A"

Alliance
1000 Marina Blvd. Ste 100
Brisbane, CA 94005

Washington Financial Group
351 Elliott Ave West, Suite 405
Seattle, WA 98119

Tom and Lynn Lackey
4780 Tok A Lou Ave NE
Tacoma, WA 98422-1631

Frank Petersohn
6914 Pacific Coast Hwy. 101
Sechelt, BC CANADA V0N3A8

North American Specialty Insurance Co.
The Center of New Hampshire
650 Elm Street
Manchester, NH 03101

Miko
420 Vine St., Apt. 2
The Davenport
Seattle, WA 98121

Spencer Vascular Diagnostic Services
1600 E. Jefferson Suite 500
Seattle, WA 98122-5647

B6F (Official Form 6F) (12/07) - Cont.

In re Adam Greenhalgh,                     Case No. 08-18371-SJS
        Debtor                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Flagstar<br>5151 Corporate Drive<br>Troy, MI 48098 | X | | | | | | |
| ACCOUNT NO<br>Greenpoint<br>100 Wood Hollow Drive<br>Novata, CA 94945 | X | | | | | | |
| ACCOUNT NO<br>Indymac<br>888 East Walnut Street<br>Pasadena, CA 91101 | X | | | | | | |
| ACCOUNT NO<br>Countrywide<br>4500 Park Granada<br>Calabasas, CA 91302 | X | | | | | | |
| ACCOUNT NO<br>Citimortgage<br>1000 Technology Drive<br>Mail Station 100-A<br>O'Fallon, MO 63368-2240 | X | | | | | | |

Sheet no 45 of 47 continuation sheets attached      Subtotal➤   $ # 0
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                    Total➤      $
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re Adam Greenhalgh , Case No. 08-18371-SJS
Debtor (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>New Century<br>2033 Milwaukee Ave, Ste 237<br>Riverwoods, IL 60015 | X | | | | | | |
| ACCOUNT NO<br>Option One/HR Block<br>1 H&R Block Way<br>Kansas City, MO 64105 | X | | | | | | |
| ACCOUNT NO<br>Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104 | X | | | | | | |
| ACCOUNT NO<br>Alliance<br>1000 Marina Blvd. Ste 100<br>Brisbane, CA 94005 | X | | | | | | |
| ACCOUNT NO<br>Washington Financial Group<br>351 Elliott Ave West, Suite 405<br>Seattle, WA 98119 | | | | | | | |

Sheet no 46 of 47 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $ $0

Total➤ $
(Use only on last page of the completed Schedule F )
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data )

B6F (Official Form 6F) (12/07) - Cont.

In re  Adam Greenhalgh    ,    Case No. 08-18371-SJS
        Debtor                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO<br>Frank Petersohn<br>6914 Pacific Coast Hwy. 101<br>Sechelt, BC Canada V0N3A8 | | | | | | | 2000.00 |
| ACCOUNT NO<br>The Rainbow Bridge<br>6914 Pacific Coast Hwy 101<br>Sechelt, BC, Can | | | | | | | 2000.00 |
| ACCOUNT NO<br>North American Specialty Insurance Co<br>The Center of New Hampshire<br>650 Elm Street<br>Manchester, New Hampshire 03101 | | | | | | | 0.00 |
| ACCOUNT NO<br>Miko<br>420 Vine St., Apt. 2<br>The Davenport<br>Seattle, WA 98121 | | | | | | | 1284.00 |
| ACCOUNT NO. 2864<br>Spencer Vascular Diagnostic Services<br>1600 E Jefferson Suite 500<br>Seattle, WA 98122-5647 | | | | | | | 441.00 |

Sheet no 47 of 47 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 5725.00

Total▶ $ 2238522.06
(Use only on last page of the completed Schedule F)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data)

In re Adam Greenhalgh ,  Case No. _____
              Debtor                                                                                                         (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Richard Todhunter | Flagstar<br>5151 Corporate Drive<br>Troy, MI 48098 |
| Richard Todhunter | Greenpoint Mortgage<br>100 Wood Hollow Drive<br>Novata, CA 94945 |
| Richard Todhunter | Indymac<br>888 East Walnut Street<br>Pasadena, CA 91101 |
| Richard Todhunter | Countrywide<br>4500 Park Granada<br>Calabasas, CA 91302 |
| Richard Todhunter | Citi Mortgage<br>1000 Technology Drive<br>Mail Station 100-A<br>O'Fallon, MO 63368-2240 |
| Richard Todhunter | New Century<br>2033 Milwaukee Ave, Ste 237<br>Riverwoods, IL 60015 |
| Richard Todhunter | Option One/HR Block<br>1 H&R Block Way<br>Kansas City, MO 64105 |

16 of 19

In re **Adam Greenhalgh**, Case No. **08-18371-SJS**
      Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Richard Todhunter | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104 |
| Richard Todhunter | Alliance<br>1000 Marina Blvd. Ste 100<br>Brisbane, CA 94005 |

*17 of 19*

B6H (Official Form 6H) (12/07)

In re  Adam Greenhalgh                    ,                 Case No. 08-18371-SJS
         **Debtor**                                                    (if known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Aventus, Inc. | Flagstar<br>5151 Corporate Drive<br>Troy, MI 48098 |
| Aventus, Inc. | Greenpoint<br>100 Wood Hollow Drive<br>Novata, CA 94945 |
| Aventus, Inc. | Indymac<br>888 East Walnut Street<br>Pasadena, CA 91101 |
| Aventus, Inc. | New Century<br>2033 Milwaukee Ave, Ste 237<br>Riverwoods, IL 60015 |
| Aventus, Inc. | Option One/HR Block<br>1 H&R Block Way<br>Kansas City, MO 64105 |
| Aventus, Inc. | Countrywide<br>4500 Park Granada<br>Calabasas, CA 91302 |
| Aventus, Inc. | Citimortgage<br>1000 Technology Drive<br>Mail Station 100-A<br>O'Fallon, MO 63368-2240 |

*18 of 19*

B6H (Official Form 6H) (12/07)

In re Adam Greenhalgh          ,          Case No. 08-18371-SJS
         Debtor                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Aventus, Inc. | Wells Fargo<br>420 Montgomery Street<br>San Francisco, CA 94104 |
| Aventus, Inc. | Alliance<br>1000 Marina Blvd. Ste 100<br>Brisbane, CA 94005 |

B6H (Official Form 6H) (12/07)

19 of 19

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
Western District Of Washington

In re Adam Greenhalgh,
            Debtor

Case No. 08-18371-SJS

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 460,00.00 | | |
| B - Personal Property | YES | 3 | $ 10,628.48 | | |
| C - Property Claimed as Exempt | YES | 2 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 680,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 47 | | $ 2,238,522.06 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 19 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 1,675.45 |
| TOTAL | | 78 | $ 470,628.48 | $ 2,918,522.06 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
Western District Of Washington

In re Adam Greenhalgh, Debtor

Case No. 08-18371-SJS

Chapter 7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0 00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 00 |
| TOTAL | $ 0 00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 1,675.45 |
| Current Monthly Income (from Form 22A Line 12, OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 2,918,522.06 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 2,918,522.06 |