Judge: Marc Barreca
Chapter: 7
Hearing Date: Friday, October 21, 2011
Hearing Time: 9:30 a.m.
Hearing Location: 7106 U.S. Courthouse
700 Stewart St., Seattle, WA 98101
Response Date: Friday, October 14, 2011

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 08-18371-MLB |
| | § | |
| ADAM GREENHALGH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
### CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Edmund Wood, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $3,000.00 | Assets Exempt: | $132,628.48 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $296,328.56 | Claims Discharged Without Payment: | $3,524,793.94 |
| Total Expenses of Administration: | $50,292.91 | | |

UST Form 101-7-TDR (5/1/2011)

3)   Total gross receipts of $346,621.47  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $346,621.47 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $774,098.96 | $294,572.75 | $294,572.75 | $294,572.75 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $59,727.98 | $59,727.98 | $50,292.91 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $3,279,435.50 | $337,420.56 | $337,420.56 | $1,755.81 |
| **Total Disbursements** | $4,053,534.46 | $691,721.29 | $691,721.29 | $346,621.47 |

4).  This case was originally filed under chapter 7 on 12/04/2008.  The case was pending for 45 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/29/2012                    By:   /s/ Edmund  Wood

                                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 3004 S Norman St, Seattle WA | 1110-000 | $345,000.00 |
| Interest Earned | 1270-000 | $1,621.47 |
| **TOTAL GROSS RECEIPTS** | | $346,621.47 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 0Sec | Bank of New York Mellon | 4110-000 | NA | $294,572.75 | $294,572.75 | $294,572.75 |
| | Countrywide Mortgage | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | George G. Roane IV | 4110-000 | $0.00 | NA | $0.00 | $0.00 |
| | Key Bank | 4210-000 | $112,156.96 | NA | $0.00 | $0.00 |
| | King County Treasury | 4210-000 | $2,000.00 | NA | $0.00 | $0.00 |
| | Viking Bank | 4110-000 | $524,254.00 | NA | $0.00 | $0.00 |
| | Viking Bank | 4110-000 | $31,688.00 | NA | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $104,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $774,098.96 | $294,572.75 | $294,572.75 | $294,572.75 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Edmund Wood, Trustee | 2100-000 | NA | $20,581.07 | $20,581.07 | $5,000.00 |
| International Sureties | 2300-000 | NA | $254.33 | $254.33 | $254.33 |
| Booth Escrow, LLC - closing fee with tax | 2500-000 | NA | $650.00 | $650.00 | $650.00 |
| Booth Escrow, LLC - curier fee w/ tax | 2500-000 | NA | $47.00 | $47.00 | $47.00 |
| Fidelity National Title Company of Washington - title insurance | 2500-000 | NA | $925.28 | $925.28 | $925.28 |
| John Glessner - reimbursement for | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| expenses | | | | | | |
| Seattle City Light - utilities | 2500-000 | NA | $98.64 | $98.64 | $98.64 | |
| Seattle Public Utilities - final untilities | 2500-000 | NA | $147.32 | $147.32 | $147.32 | |
| U.S. BANKRUPTCY COURT | 2700-000 | NA | $250.00 | $250.00 | $250.00 | |
| King County Treasurer - county taxes 2010 | 2820-000 | NA | $74.34 | $74.34 | $6,220.34 | |
| THE RIGBY LAW FIRM, Attorney for Trustee | 3210-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 | |
| Preview Properies, Inc. - realtor commission, Realtor for Trustee | 3510-000 | NA | $10,350.00 | $10,350.00 | $10,350.00 | |
| Re/Max Metro Realty - realtor commission, Realtor for Trustee | 3510-000 | NA | $10,350.00 | $10,350.00 | $10,350.00 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $59,727.98 | $59,727.98 | $50,292.91 | |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA NA | 7100-000 | $20,856.98 | $20,856.98 | $20,856.98 | $108.53 |
| 2 | Puget Sound Energy | 7100-000 | $157.73 | $24.69 | $24.69 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 2; Puget Sound Energy) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.13 |
| 3 | Renton Collections, Inc. | 7100-000 | NA | $50,605.49 | $50,605.49 | $263.33 |
| 4 | Dr Fredric Jackson | 7100-000 | NA | $983.99 | $983.99 | $5.12 |
| 5 | Minor and James Medical | 7100-000 | $465.20 | $131.51 | $131.51 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 5; Minor and James Medical) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.68 |

UST Form 101-7-TDR (5/1/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Group Health Cooperative | 7100-000 | $151.19 | $2,131.10 | $2,131.10 | $11.09 |
| 7 | U.S. Bank N.A. | 7100-000 | $19,381.98 | $19,371.14 | $19,371.14 | $100.80 |
| 8 | Merchants Credit Association | 7100-000 | NA | $106.19 | $106.19 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; Merchants Credit Association) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.55 |
| 9 | Merchants Credit Association | 7100-000 | NA | $135.05 | $135.05 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 9; Merchants Credit Association) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.70 |
| 10 | BECU | 7100-000 | $1,946.76 | $99.99 | $99.99 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 10; BECU) | 7100-001 | $0.00 | $0.00 | $0.00 | $0.52 |
| 11 | BECU | 7100-000 | $5,416.97 | $6,467.38 | $6,467.38 | $33.65 |
| 12 | BECU | 7100-000 | $5,765.28 | $6,922.44 | $6,922.44 | $36.02 |
| 13 | BECU | 7100-000 | $28,267.54 | $33,188.87 | $33,188.87 | $172.70 |
| 14 | KeyBank, N.A. | 7100-000 | NA | $139,148.69 | $139,148.69 | $724.08 |
| 15 | First American Title Insurance Company | 7100-000 | NA | $48,148.25 | $48,148.25 | $250.55 |
| 16 | Lantana Homeowner's Association | 7100-000 | $412.35 | $498.80 | $498.80 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 16; Lantana Homeowner's Association) | 7100-001 | $0.00 | $0.00 | $0.00 | $2.60 |
| 17 | Pacificstar Appraisal Service | 7100-000 | $100.00 | $1,600.00 | $1,600.00 | $8.33 |
| 18 | Alaska Cascade Financial Services, Inc. | 7100-000 | $7,384.33 | $7,000.00 | $7,000.00 | $36.43 |
| | A.A. Services Inc. | 7100-000 | $2,741.76 | NA | NA | $0.00 |
| | Adrian Gonzalez Pool & Spa Service | 7100-000 | $780.00 | NA | NA | $0.00 |
| | Affiliated Assoc. of America | 7100-000 | $3,360.24 | NA | NA | $0.00 |
| | Airespring | 7100-000 | $2,596.20 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| All Phase Communications | 7100-000 | $648.72 | NA | NA | $0.00 |
| Alliance | 7100-000 | $0.00 | NA | NA | $0.00 |
| Alliance Credit | 7100-000 | $3,121.40 | NA | NA | $0.00 |
| Alliance One | 7100-000 | $14,567.53 | NA | NA | $0.00 |
| Allied Interstate | 7100-000 | $190.38 | NA | NA | $0.00 |
| Allied Interstate | 7100-000 | $159.16 | NA | NA | $0.00 |
| Allied Waste Services #183 | 7100-000 | $275.24 | NA | NA | $0.00 |
| Allstar Appraisal Service | 7100-000 | $150.00 | NA | NA | $0.00 |
| Alpine Appraisal | 7100-000 | $1,605.00 | NA | NA | $0.00 |
| American Elevator Corporation | 7100-000 | $999.99 | NA | NA | $0.00 |
| Angle Lake Locksmith | 7100-000 | $148.35 | NA | NA | $0.00 |
| Antonio Lopez | 7100-000 | $450.00 | NA | NA | $0.00 |
| Apple 2 | 7100-000 | $400.00 | NA | NA | $0.00 |
| Appraisal Management Group | 7100-000 | $400.00 | NA | NA | $0.00 |
| Appraisal Specialists | 7100-000 | $400.00 | NA | NA | $0.00 |
| Aptus Communications | 7100-000 | $212.16 | NA | NA | $0.00 |
| Ashley McGuire | 7100-000 | $1,220.00 | NA | NA | $0.00 |
| ASSET RECOVERY GROUP | 7100-000 | $26,706.50 | NA | NA | $0.00 |
| AT&T Mobility | 7100-000 | $1,908.81 | NA | NA | $0.00 |
| AT&T Worldnet | 7100-000 | $19.95 | NA | NA | $0.00 |
| Bank of America | 7100-000 | $14,567.53 | NA | NA | $0.00 |
| Bank of America | 7100-000 | $8,140.39 | NA | NA | $0.00 |
| Bank of NY Mellon | 7100-000 | $520,000.00 | NA | NA | $0.00 |
| Berkeley Heartlab | 7100-000 | $98.00 | NA | NA | $0.00 |
| Bishop White & Marshall | 7100-000 | $78,750.00 | NA | NA | $0.00 |
| BizFilings | 7100-000 | $129.00 | NA | NA | $0.00 |
| Bottom Line Books | 7100-000 | $40.91 | NA | NA | $0.00 |
| Burntec Waste & Recycling | 7100-000 | $181.80 | NA | NA | $0.00 |
| Cascade Alarm | 7100-000 | $361.50 | NA | NA | $0.00 |
| Cascade Title | 7100-000 | $270.75 | NA | NA | $0.00 |
| CCS Inc | 7100-000 | $3,550.05 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Cingular Wireless | 7100-000 | $831.41 | NA | NA | $0.00 |
| CitiMortgage | 7100-000 | $135.00 | NA | NA | $0.00 |
| City of Tukwila | 7100-000 | $752.34 | NA | NA | $0.00 |
| Client Services Inc. | 7100-000 | $14,567.53 | NA | NA | $0.00 |
| Coachella Valley Water District | 7100-000 | $105.36 | NA | NA | $0.00 |
| Collect America Commercial | 7100-000 | $1,054.31 | NA | NA | $0.00 |
| Collection Bureau of America | 7100-000 | $153.94 | NA | NA | $0.00 |
| Comcast | 7100-000 | $25.44 | NA | NA | $0.00 |
| Comcast | 7100-000 | $425.48 | NA | NA | $0.00 |
| Community Assoc. of Underwriter | 7100-000 | $20.00 | NA | NA | $0.00 |
| Countrywide | 7100-000 | $0.00 | NA | NA | $0.00 |
| Credit Management LLP | 7100-000 | $366.11 | NA | NA | $0.00 |
| Credit Protection Association LP | 7100-000 | $268.01 | NA | NA | $0.00 |
| Creditor's Interchange | 7100-000 | $20,856.98 | NA | NA | $0.00 |
| Creditor's Interchange | 7100-000 | $14,456.34 | NA | NA | $0.00 |
| Crest Appraisal | 7100-000 | $700.00 | NA | NA | $0.00 |
| Crystal and Sierra Springs | 7100-000 | $95.35 | NA | NA | $0.00 |
| D. Gottlieb, MD PS | 7100-000 | $133.05 | NA | NA | $0.00 |
| Daniel McKay DDS | 7100-000 | $661.44 | NA | NA | $0.00 |
| David Nold | 7100-000 | $18,500.00 | NA | NA | $0.00 |
| Dell | 7100-000 | $0.00 | NA | NA | $0.00 |
| Dewey Pest Control | 7100-000 | $210.00 | NA | NA | $0.00 |
| Dicks Heating | 7100-000 | $360.67 | NA | NA | $0.00 |
| Don Kleeper | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| Emerald Appraisal | 7100-000 | $360.67 | NA | NA | $0.00 |
| ER Solutions | 7100-000 | $412.38 | NA | NA | $0.00 |
| Evergreen Professional Recoveries | 7100-000 | $249.74 | NA | NA | $0.00 |
| Evergreen Professional Recoveries | 7100-000 | $491.21 | NA | NA | $0.00 |
| Evergreen | 7100-000 | $55.81 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Professional Recoveries | | | | | |
| Evergreen Professional Recoveries | 7100-000 | $257.72 | NA | NA | $0.00 |
| Evergreen Professional Recoveries | 7100-000 | $231.98 | NA | NA | $0.00 |
| Fannie Mae | 7100-000 | $45.00 | NA | NA | $0.00 |
| Fernando Rodriguez | 7100-000 | $70,000.00 | NA | NA | $0.00 |
| FIA Card Services NA | 7100-000 | $14,567.53 | NA | NA | $0.00 |
| FIA Card Services NA | 7100-000 | $8,140.39 | NA | NA | $0.00 |
| Fidelity National Title | 7100-000 | $121.27 | NA | NA | $0.00 |
| First American Credco | 7100-000 | $82.34 | NA | NA | $0.00 |
| First American Flood Data | 7100-000 | $0.00 | NA | NA | $0.00 |
| First American Title | 7100-000 | $54.30 | NA | NA | $0.00 |
| First Appraisal LLC | 7100-000 | $500.00 | NA | NA | $0.00 |
| First Revenue Assurance | 7100-000 | $19.95 | NA | NA | $0.00 |
| Flagstar | 7100-000 | $0.00 | NA | NA | $0.00 |
| Frank Petersohn | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| Frederic Jackson MD | 7100-000 | $866.62 | NA | NA | $0.00 |
| Frederick J Hanna & Associates | 7100-000 | $20,856.98 | NA | NA | $0.00 |
| G. Roane | 7100-000 | $50,000.00 | NA | NA | $0.00 |
| GC Services | 7100-000 | $190.38 | NA | NA | $0.00 |
| GE Security Supra | 7100-000 | $25.00 | NA | NA | $0.00 |
| GE Security Supra | 7100-000 | $105.84 | NA | NA | $0.00 |
| Goodwin & Bryan LLP | 7100-000 | $110.74 | NA | NA | $0.00 |
| Goodwin & Bryan LLP | 7100-000 | $3,550.05 | NA | NA | $0.00 |
| Greenpoint | 7100-000 | $0.00 | NA | NA | $0.00 |
| Greenpoint Mortgage Funding Inc. | 7100-000 | $520,000.00 | NA | NA | $0.00 |
| GROUP HEALTH | 7100-000 | $1,516.00 | NA | NA | $0.00 |

COOPERATIVE

| | | | | | |
|---|---|---|---|---|---|
| Guardian Mortgage Documents | 7100-000 | $75.00 | NA | NA | $0.00 |
| HFC | 7100-000 | $11,987.14 | NA | NA | $0.00 |
| HFC Personal Line of Credit | 7100-000 | $14,440.27 | NA | NA | $0.00 |
| Highline Sleep Disorder Center | 7100-000 | $1,400.00 | NA | NA | $0.00 |
| Home Town Appraisal Svc | 7100-000 | $400.00 | NA | NA | $0.00 |
| HOUSEHOLD FINANCE | 7100-000 | $14,456.68 | NA | NA | $0.00 |
| I.C. System | 7100-000 | $369.62 | NA | NA | $0.00 |
| Indymac | 7100-000 | $0.00 | NA | NA | $0.00 |
| IndyMac Bank | 7100-000 | $200.00 | NA | NA | $0.00 |
| Itex | 7100-000 | $70.12 | NA | NA | $0.00 |
| James & Assoc. | 7100-000 | $300.00 | NA | NA | $0.00 |
| Jesse Todhunter | 7100-000 | $30,000.00 | NA | NA | $0.00 |
| John Aldaya | 7100-000 | $70,000.00 | NA | NA | $0.00 |
| Johnny Blane Architects | 7100-000 | $275.00 | NA | NA | $0.00 |
| Key Bank | 7100-000 | $94,000.00 | NA | NA | $0.00 |
| KEY BANK | 7100-000 | $3,088.57 | NA | NA | $0.00 |
| KEY BANK | 7100-000 | $568.77 | NA | NA | $0.00 |
| KEY BANK | 7100-000 | $1,906.93 | NA | NA | $0.00 |
| Kyle & Lori Bradshaw | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| Lamb Appraisal | 7100-000 | $60.03 | NA | NA | $0.00 |
| Land Title Co. | 7100-000 | $54.15 | NA | NA | $0.00 |
| Land Title Co. of Island County | 7100-000 | $54.14 | NA | NA | $0.00 |
| Landco | 7100-000 | $391.82 | NA | NA | $0.00 |
| Law Office of Lance L. Lee | 7100-000 | $300.00 | NA | NA | $0.00 |
| Lewis County Title Company | 7100-000 | $53.95 | NA | NA | $0.00 |
| Lucian Giovanni | 7100-000 | $71.78 | NA | NA | $0.00 |
| Luciano Giovanni | 7100-000 | $90,000.00 | NA | NA | $0.00 |
| Mark Lyle | 7100-000 | $450.00 | NA | NA | $0.00 |
| Marlin Leasing | 7100-000 | $522.59 | NA | NA | $0.00 |
| Mary Bevier | 7100-000 | $198,000.00 | NA | NA | $0.00 |
| Mason County Title Company | 7100-000 | $59.57 | NA | NA | $0.00 |
| Master Printers | 7100-000 | $351.42 | NA | NA | $0.00 |
| Mathias Julian | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| McCabe Appraisal Services | 7100-000 | $500.00 | NA | NA | $0.00 |
| Mercer and Associates Inc. | 7100-000 | $225.00 | NA | NA | $0.00 |
| MERS | 7100-000 | $0.00 | NA | NA | $0.00 |
| METInternationals | 7100-000 | $818.00 | NA | NA | $0.00 |
| Miko | 7100-000 | $1,284.00 | NA | NA | $0.00 |
| Minuteman Press | 7100-000 | $145.01 | NA | NA | $0.00 |
| Minuteman Press | 7100-000 | $145.01 | NA | NA | $0.00 |
| Mountain Mist | 7100-000 | $347.70 | NA | NA | $0.00 |
| Mountain Mist | 7100-000 | $347.70 | NA | NA | $0.00 |
| Myers Internet Inc | 7100-000 | $130.00 | NA | NA | $0.00 |
| National Enterprise Systems | 7100-000 | $14,567.33 | NA | NA | $0.00 |
| NCB Management Services | 7100-000 | $150,771.76 | NA | NA | $0.00 |
| NCO Financial | 7100-000 | $81.73 | NA | NA | $0.00 |
| NCO Financial | 7100-000 | $217.80 | NA | NA | $0.00 |
| NCO Financial Service | 7100-000 | $1,645.39 | NA | NA | $0.00 |
| NCO Financial System | 7100-000 | $1,908.81 | NA | NA | $0.00 |
| NCO Financial Systems | 7100-000 | $275.24 | NA | NA | $0.00 |
| NCO Financial Systems Inc | 7100-000 | $296.52 | NA | NA | $0.00 |
| NCO Financial Systems, Inc. | 7100-000 | $296.52 | NA | NA | $0.00 |
| Network Computing Architects | 7100-000 | $112.72 | NA | NA | $0.00 |
| Network Computing Architects | 7100-000 | $112.72 | NA | NA | $0.00 |
| New Century | 7100-000 | $0.00 | NA | NA | $0.00 |
| North American Specialty Insurance co. | 7100-000 | $0.00 | NA | NA | $0.00 |
| North Shore Agency Inc | 7100-000 | $40.91 | NA | NA | $0.00 |
| OffcEscape | 7100-000 | $437.70 | NA | NA | $0.00 |
| Office Depot | 7100-000 | $0.00 | NA | NA | $0.00 |
| OfficeScape | 7100-000 | $213.15 | NA | NA | $0.00 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | |
|---|---|---|---|---|---|
| Omnium Worldwide | 7100-000 | $190.38 | NA | NA | $0.00 |
| Option One / HR Block | 7100-000 | $0.00 | NA | NA | $0.00 |
| Orlandini & Waldron | 7100-000 | $78,750.00 | NA | NA | $0.00 |
| OSI Collection Services | 7100-000 | $193.13 | NA | NA | $0.00 |
| Pacific Northwest Title | 7100-000 | $120.00 | NA | NA | $0.00 |
| Pacific NW Title Co. of WA | 7100-000 | $54.00 | NA | NA | $0.00 |
| Packet 8 | 7100-000 | $81.73 | NA | NA | $0.00 |
| Pakie Plastino | 7100-000 | $40,000.00 | NA | NA | $0.00 |
| Paul Krupa | 7100-000 | $0.00 | NA | NA | $0.00 |
| Pete's Toiwing | 7100-000 | $427.00 | NA | NA | $0.00 |
| Peter Ives | 7100-000 | $50.00 | NA | NA | $0.00 |
| Phillip R. Sauer LLC | 7100-000 | $420.20 | NA | NA | $0.00 |
| Phone People | 7100-000 | $117.79 | NA | NA | $0.00 |
| Precision Appraisals | 7100-000 | $425.00 | NA | NA | $0.00 |
| Premiere Global Services | 7100-000 | $1,080.00 | NA | NA | $0.00 |
| Professional Recovery | 7100-000 | $14,456.34 | NA | NA | $0.00 |
| Qvault | 7100-000 | $477.00 | NA | NA | $0.00 |
| Qwest | 7100-000 | $259.64 | NA | NA | $0.00 |
| Qwest communications | 7100-000 | $190.38 | NA | NA | $0.00 |
| Radian Services LLC | 7100-000 | $370.00 | NA | NA | $0.00 |
| RAINIER COLLECTION SERVICES | 7100-000 | $661.44 | NA | NA | $0.00 |
| Reese & Associates | 7100-000 | $600.00 | NA | NA | $0.00 |
| Regence Blue Shield | 7100-000 | $298.26 | NA | NA | $0.00 |
| Regence Blueshield | 7100-000 | $532.64 | NA | NA | $0.00 |
| RENTON COLLECTION INC | 7100-000 | $11,329.19 | NA | NA | $0.00 |
| RENTON COLLECTION INC | 7100-000 | $5,799.35 | NA | NA | $0.00 |
| Renton Collections | 7100-000 | $1,484.22 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Richard Todhunter | 7100-000 | $8,597.67 | NA | NA | $0.00 |
| Richard Todhunter | 7100-000 | $528,260.00 | NA | NA | $0.00 |
| Riverside County | 7100-000 | $5,800.46 | NA | NA | $0.00 |
| RMIC Corporation | 7100-000 | $75.00 | NA | NA | $0.00 |
| Royal Imaging International | 7100-000 | $198.90 | NA | NA | $0.00 |
| Sally Graff | 7100-000 | $46,000.00 | NA | NA | $0.00 |
| Seattle City Light | 7100-000 | $4,644.09 | NA | NA | $0.00 |
| Seattle City Light | 7100-000 | $7,962.88 | NA | NA | $0.00 |
| Seattle City Light | 7100-000 | $399.14 | NA | NA | $0.00 |
| Seattle City Light | 7100-000 | $107.26 | NA | NA | $0.00 |
| Seattle Public Utilities | 7100-000 | $710.43 | NA | NA | $0.00 |
| Seattle Radiologists | 7100-000 | $102.00 | NA | NA | $0.00 |
| Service Business Equipment | 7100-000 | $3,465.39 | NA | NA | $0.00 |
| Service Business Equipment & Sales Inc | 7100-000 | $4,460.46 | NA | NA | $0.00 |
| Shazam Maintenance Inc. | 7100-000 | $4,401.34 | NA | NA | $0.00 |
| Sign Pros | 7100-000 | $211.59 | NA | NA | $0.00 |
| Skyway Water Dept | 7100-000 | $321.92 | NA | NA | $0.00 |
| Southern California Edison | 7100-000 | $2,343.66 | NA | NA | $0.00 |
| Speakeasy | 7100-000 | $8.07 | NA | NA | $0.00 |
| Spencer Vascular Diagnostic Services | 7100-000 | $441.00 | NA | NA | $0.00 |
| Sprint | 7100-000 | $1,405.09 | NA | NA | $0.00 |
| Standley and Associates LLC | 7100-000 | $382.36 | NA | NA | $0.00 |
| Tennessee Department of Revenue | 7100-000 | $100.00 | NA | NA | $0.00 |
| The Dailey Appraisal Co. | 7100-000 | $500.00 | NA | NA | $0.00 |
| The Rainbow Bridge | 7100-000 | $2,000.00 | NA | NA | $0.00 |
| The Work Number | 7100-000 | $245.50 | NA | NA | $0.00 |
| Time-Warner | 7100-000 | $386.11 | NA | NA | $0.00 |
| Title Guaranty | 7100-000 | $53.95 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Co. of Lewis Co. | | | | | |
| Tukwila Self Storage | 7100-000 | $0.00 | NA | NA | $0.00 |
| TW Telecom | 7100-000 | $4,805.39 | NA | NA | $0.00 |
| Tyler Todhunter | 7100-000 | $80,000.00 | NA | NA | $0.00 |
| UPS | 7100-000 | $349.10 | NA | NA | $0.00 |
| Valley Creditors Service | 7100-000 | $105.36 | NA | NA | $0.00 |
| Valley View Sewer District | 7100-000 | $3,629.40 | NA | NA | $0.00 |
| Van Ru Credit Corporation | 7100-000 | $24,317.60 | NA | NA | $0.00 |
| Verizon California | 7100-000 | $369.62 | NA | NA | $0.00 |
| WA Assoc. of Mortgage Brokers | 7100-000 | $450.00 | NA | NA | $0.00 |
| Washignton Financial Group | 7100-000 | $0.00 | NA | NA | $0.00 |
| Washington State Dept. of Financial Institutions | 7100-000 | $0.00 | NA | NA | $0.00 |
| Washington State Support Registry | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wells Fargo | 7100-000 | $0.00 | NA | NA | $0.00 |
| WELLS FARGO BANK NA | 7100-000 | $24,127.17 | NA | NA | $0.00 |
| Wells Fargo Bank NA | 7100-000 | $78,559.29 | NA | NA | $0.00 |
| West Asset Management | 7100-000 | $919.05 | NA | NA | $0.00 |
| Wm. T. Follis LLC | 7100-000 | $75.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $3,279,435.50 | $337,420.56 | $337,420.56 | $1,755.81 |

**UST Form 101-7-TDR (5/1/2011)**

| Case No.: | 08-18371-MLB | Trustee Name: | Edmund J. Wood |
|---|---|---|---|
| Case Name: | GREENHALGH, ADAM | Date Filed (f) or Converted (c): | 12/04/2008 (f) |
| For the Period Ending: | 9/29/2012 | §341(a) Meeting Date: | 01/08/2009 |
| | | Claims Bar Date: | 03/10/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 3004 S Norman St, Seattle WA | $400,000.00 | $0.00 | | $345,000.00 | FA |
| Asset Notes: | debtor amended schedules and valued this asset at $400,000.00; original schedules showed $460,000.00 | | | | | |
| 2 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 3 | WaMu & GHCU Checking | $878.48 | $0.00 | | $0.00 | FA |
| 4 | Household goods | $2,000.00 | $0.00 | | $0.00 | FA |
| 5 | Wearing apparel | $750.00 | $0.00 | | $0.00 | FA |
| 6 | Jewelry: watch, ring, cuff links | $200.00 | $0.00 | | $0.00 | FA |
| 7 | US Compliance Review - stock | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 2000 BMW 740 II | $3,200.00 | $700.00 | | $0.00 | FA |
| 9 | Office Equipment | $2,000.00 | $1,300.00 | | $0.00 | FA |
| 10 | 2 dogs | $500.00 | $0.00 | | $0.00 | FA |
| 11 | Timeshare | $1,000.00 | $1,000.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1,621.47 | FA |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $410,628.48 | $3,000.00 | | $346,621.47 | $0.00 |

**Public Notes**

Objection to Exemptions filed

Order Authorizing Employment of John Glessner as Realtor

Amended schedules filed

Objection to Amended exemptions filed

10-1068 Filed v. Bank of NY

10-1068: Order of Default entered [as to Viking Bank; Geo. Roane]

10-1068: Order dismissing Key Bank as party

Report on Sale filed

| Initial Projected Date Of Final Report (TFR): | 12/31/2011 | Current Projected Date Of Final Report (TFR): | 12/31/2011 | /s/ EDMUND J. WOOD |
|---|---|---|---|---|
| | | | | EDMUND J. WOOD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 08-18371-MLB |
| Case Name: | GREENHALGH, ADAM |
| Primary Taxpayer ID #: | ******2520 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/4/2008 |
| For Period Ending: | 9/29/2012 |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | Fortune Bank |
| Checking Acct #: | ******6658 |
| Account Title: | DD |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/27/2010 | | Transfer From Acct#***4546 | to make disbursements per order | 9999-000 | $299,572.75 | | $299,572.75 |
| 10/27/2010 | 5000 | Edmund Wood | Interim Trustee Fee | 2100-000 | | $5,000.00 | $294,572.75 |
| 10/27/2010 | 5001 | Bank of New York Mellon | payment to secured lienholder; per order entered 10/08/2010 | 4110-000 | | $294,572.75 | $0.00 |
| 02/11/2011 | | Transfer From Acct#***4546 | Administrative fees per court order 2/10/11 | 9999-000 | $15,000.00 | | $15,000.00 |
| 02/11/2011 | 5002 | THE RIGBY LAW FIRM | Administrative Fees per court order 2-10-11 | 3210-000 | | $15,000.00 | $0.00 |
| 06/30/2011 | | Transfer From: #***4546 | to close estate | 9999-000 | $2,005.81 | | $2,005.81 |
| 06/30/2011 | | Transfer From: #***4546 | | 9999-000 | $0.16 | | $2,005.97 |
| 06/30/2011 | | Transfer To: #***4546 | correcting transfer | 9999-000 | | $0.16 | $2,005.81 |
| 10/18/2011 | 5003 | U.S. BANKRUPTCY COURT | Court costs per final order | 2700-000 | | $250.00 | $1,755.81 |
| 10/18/2011 | 5004 | Chase Bank USA NA | Claim #1 | 7100-000 | | $108.53 | $1,647.28 |
| 10/18/2011 | 5005 | Clerk, US Bankruptcy Court | Small Dividends | * | | $5.18 | $1,642.10 |
| | | | Claim Amount                 $(0.13) | 7100-001 | | | $1,642.10 |
| | | | Claim Amount                 $(0.68) | 7100-001 | | | $1,642.10 |
| | | | Claim Amount                 $(0.55) | 7100-001 | | | $1,642.10 |
| | | | Claim Amount                 $(0.70) | 7100-001 | | | $1,642.10 |
| | | | Claim Amount                 $(0.52) | 7100-001 | | | $1,642.10 |
| | | | Claim Amount                 $(2.60) | 7100-001 | | | $1,642.10 |
| 10/18/2011 | 5006 | Renton Collections, Inc. | Claim 3; .5% distribution | 7100-000 | | $263.33 | $1,378.77 |
| 10/18/2011 | 5007 | Dr Fredric Jackson | Claim 4; .5% distribution | 7100-000 | | $5.12 | $1,373.65 |
| 10/18/2011 | 5008 | Group Health Cooperative | Claim 6; .5% distribution | 7100-000 | | $11.09 | $1,362.56 |
| 10/18/2011 | 5009 | U.S. Bank N.A. | Claim 7; .5% distribution | 7100-000 | | $100.80 | $1,261.76 |
| 10/18/2011 | 5010 | BECU | Claim 11; .5% distribution | 7100-000 | | $33.65 | $1,228.11 |
| 10/18/2011 | 5011 | BECU | Claim 12; .5% distribution | 7100-000 | | $36.02 | $1,192.09 |
| 10/18/2011 | 5012 | BECU | Claim 13; .5% distribution | 7100-000 | | $172.70 | $1,019.39 |
| 10/18/2011 | 5013 | KeyBank, N.A. | Claim 14; .5% distribution | 7100-000 | | $724.08 | $295.31 |
| 10/18/2011 | 5014 | First American Title Insurance Company | Claim 15; .5% distribution | 7100-000 | | $250.55 | $44.76 |
| 10/18/2011 | 5015 | Pacificstar Appraisal Service | Claim 17; .5% distribution | 7100-000 | | $8.33 | $36.43 |

| | | | | SUBTOTALS | $316,578.72 | $316,542.29 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-18371-MLB | |
| Case Name: | GREENHALGH, ADAM | |
| Primary Taxpayer ID #: | ******2520 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/4/2008 | |
| For Period Ending: | 9/29/2012 | |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | Fortune Bank |
| Checking Acct #: | ******6658 |
| Account Title: | DD |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 10/18/2011 | 5016 | Alaska Cascade Financial Services, Inc. | Claim 18; .5% distribution | 7100-000 | | $36.43 | $0.00 |

| | | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| | TOTALS: | $316,578.72 | $316,578.72 | $0.00 |
| | Less: Bank transfers/CDs | $316,578.72 | $0.16 | |
| | Subtotal | $0.00 | $316,578.56 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $316,578.56 | |

| For the period of 12/4/2008 to 9/29/2012 | | For the entire history of the account between 10/18/2010 to 9/29/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $316,578.72 | Total Internal/Transfer Receipts: | $316,578.72 |
| | | | |
| Total Compensable Disbursements: | $316,578.56 | Total Compensable Disbursements: | $316,578.56 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $316,578.56 | Total Comp/Non Comp Disbursements: | $316,578.56 |
| Total Internal/Transfer Disbursements: | $0.16 | Total Internal/Transfer Disbursements: | $0.16 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 08-18371-MLB |
| Case Name: | GREENHALGH, ADAM |
| Primary Taxpayer ID #: | ******2520 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/4/2008 |
| For Period Ending: | 9/29/2012 |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | Fortune Bank |
| Money Market Acct #: | ******4546 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2010 | | FRONTIER BANK | Transfer Funds | 9999-000 | $316,564.98 | | $316,564.98 |
| 10/27/2010 | | Transfer To Acct#***6658 | to make disbursements per order | 9999-000 | | $299,572.75 | $16,992.23 |
| 10/29/2010 | (INT) | Fortune Bank | Interest Earned For October | 1270-000 | $8.00 | | $17,000.23 |
| 11/30/2010 | (INT) | Fortune Bank | Interest Earned For November | 1270-000 | $1.38 | | $17,001.61 |
| 12/31/2010 | (INT) | Fortune Bank | Interest Earned For December | 1270-000 | $1.43 | | $17,003.04 |
| 01/31/2011 | (INT) | Fortune Bank | Interest Earned For January | 1270-000 | $1.43 | | $17,004.47 |
| 02/11/2011 | | Transfer To Acct#***6658 | Administrative fees per court order 2/10/11 | 9999-000 | | $15,000.00 | $2,004.47 |
| 02/28/2011 | (INT) | Fortune Bank | Interest Earned For February | 1270-000 | $0.68 | | $2,005.15 |
| 03/31/2011 | (INT) | Fortune Bank | Interest Earned For March | 1270-000 | $0.17 | | $2,005.32 |
| 04/29/2011 | (INT) | Fortune Bank | Interest Earned For April | 1270-000 | $0.16 | | $2,005.48 |
| 05/31/2011 | (INT) | Fortune Bank | Interest Earned For May | 1270-000 | $0.17 | | $2,005.65 |
| 06/30/2011 | (INT) | Fortune Bank | | 1270-000 | $0.16 | | $2,005.81 |
| 06/30/2011 | (INT) | Fortune Bank | Account Closing Interest As Of 6/30/2011 | 1270-000 | $0.16 | | $2,005.97 |
| 06/30/2011 | | DEP REVERSE: Fortune Bank | Account Closing Interest As Of 6/30/2011 | 1270-000 | ($0.16) | | $2,005.81 |
| 06/30/2011 | | Transfer From: #***6658 | correcting transfer | 9999-000 | $0.16 | | $2,005.97 |
| 06/30/2011 | (INT) | Fortune Bank | Interest Earned For June; second posting of interest for June | 1270-000 | $0.16 | | $2,006.13 |
| 06/30/2011 | | DEP REVERSE: Fortune Bank | Interest Earned For June; second posting of interest for June | 1270-000 | ($0.16) | | $2,005.97 |
| 06/30/2011 | | Transfer To: #***6658 | to close estate | 9999-000 | | $2,005.81 | $0.16 |
| 06/30/2011 | | Transfer To: #***6658 | | 9999-000 | | $0.16 | $0.00 |

SUBTOTALS     $316,578.72     $316,578.72

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-18371-MLB | |
| Case Name: | GREENHALGH, ADAM | |
| Primary Taxpayer ID #: | ******2520 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/4/2008 | |
| For Period Ending: | 9/29/2012 | |

| | | |
|---|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | Fortune Bank |
| Money Market Acct #: | ******4546 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $316,578.72 | $316,578.72 | $0.00 |
| | | | Less: Bank transfers/CDs | | $316,565.14 | $316,578.72 | |
| | | | Subtotal | | $13.58 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $13.58 | $0.00 | |

| For the period of 12/4/2008 to 9/29/2012 | | For the entire history of the account between 10/18/2010 to 9/29/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $13.58 | Total Compensable Receipts: | $13.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13.58 | Total Comp/Non Comp Receipts: | $13.58 |
| Total Internal/Transfer Receipts: | $316,565.14 | Total Internal/Transfer Receipts: | $316,565.14 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $316,578.72 | Total Internal/Transfer Disbursements: | $316,578.72 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 08-18371-MLB |
| Case Name: | GREENHALGH, ADAM |
| Primary Taxpayer ID #: | ******2520 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/4/2008 |
| For Period Ending: | 9/29/2012 |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | FRONTIER BANK |
| Savings Acct #: | ******0486 |
| Account Title: | Savings |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/13/2010 | | Booth Escrow LLC | net proceeds of sale of 3004 Norman | | * | $315,211.42 | | $315,211.42 |
| | {1} | | 3004 S. Norman St., Seattle, WA 98144 | $345,000.00 | 1110-000 | | | $315,211.42 |
| | | | King County Treasurer - county taxes 2010 | $(74.34) | 2820-000 | | | $315,211.42 |
| | | | Re/Max Metro Realty - realtor commission | $(10,350.00) | 3510-000 | | | $315,211.42 |
| | | | Preview Properies, Inc. - realtor commission | $(10,350.00) | 3510-000 | | | $315,211.42 |
| | | | Booth Escrow, LLC - closing fee with tax | $(650.00) | 2500-000 | | | $315,211.42 |
| | | | Booth Escrow, LLC - curier fee w/ tax | $(47.00) | 2500-000 | | | $315,211.42 |
| | | | Fidelity National Title Company of Washington - title insurance | $(925.28) | 2500-000 | | | $315,211.42 |
| | | | King County Treasurer - local excise tax | $(1,725.00) | 2820-000 | | | $315,211.42 |
| | | | King County Treasurer - state excise tax | $(4,421.00) | 2820-000 | | | $315,211.42 |
| | | | John Glessner - reimbursement for expenses | $(1,000.00) | 2500-000 | | | $315,211.42 |
| | | | Seattle Public Utilities - final untilities | $(147.32) | 2500-000 | | | $315,211.42 |
| | | | Seattle City Light - utilities | $(98.64) | 2500-000 | | | $315,211.42 |
| 01/31/2010 | (INT) | Frontier Bank | Interest Earned For January | | 1270-000 | $23.32 | | $315,234.74 |
| 02/05/2010 | | Transfer To Acct#******2733 | | | 9999-000 | | $10.00 | $315,224.74 |
| 02/28/2010 | (INT) | Frontier Bank | Interest Earned For February | | 1270-000 | $36.27 | | $315,261.01 |
| 03/12/2010 | | Transfer To Acct#******4170 | to create CD | | 9999-000 | | $310,000.00 | $5,261.01 |
| 03/31/2010 | (INT) | Frontier Bank | Interest Earned For March | | 1270-000 | $13.41 | | $5,274.42 |
| 04/01/2010 | | Transfer From Acct#******2733 | correcting entry; wrong amount | | 9999-000 | $242.50 | | $5,516.92 |
| 04/01/2010 | | Transfer To Acct#******2733 | | | 9999-000 | | $254.33 | $5,262.59 |
| 04/01/2010 | | Transfer To Acct#******2733 | correcting entry; wrong amount | | 9999-000 | | $242.50 | $5,020.09 |
| 04/30/2010 | (INT) | Frontier Bank | Interest Earned For April | | 1270-000 | $0.63 | | $5,020.72 |
| 05/31/2010 | (INT) | Frontier Bank | Interest Earned For May | | 1270-000 | $0.64 | | $5,021.36 |
| 06/30/2010 | (INT) | Frontier Bank | Interest Earned For June | | 1270-000 | $0.62 | | $5,021.98 |
| 07/31/2010 | (INT) | Frontier Bank | Interest Earned For July | | 1270-000 | $0.64 | | $5,022.62 |

Subtotals $315,629.45    $310,506.83

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-18371-MLB | |
| Case Name: | GREENHALGH, ADAM | |
| Primary Taxpayer ID #: | ******2520 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/4/2008 | |
| For Period Ending: | 9/29/2012 | |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | FRONTIER BANK |
| Savings Acct #: | ******0486 |
| Account Title: | Savings |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2010 | (INT) | Frontier Bank | Interest Earned For August | 1270-000 | $0.64 | | $5,023.26 |
| 09/10/2010 | | Transfer From: CD 1 # ******4170 | Transfer to Close Account | 9999-000 | $311,487.31 | | $316,510.57 |
| 09/30/2010 | (INT) | Frontier Bank | Interest Earned For September | 1270-000 | $27.50 | | $316,538.07 |
| 10/18/2010 | (INT) | FRONTIER BANK | Interest Earned For October 2010 | 1270-000 | $16.91 | | $316,554.98 |
| 10/18/2010 | | Transfer To Acct#******2733 | | 9999-000 | | $316,554.98 | $0.00 |
| | | TOTALS: | | | $627,061.81 | $627,061.81 | $0.00 |
| | | Less: Bank transfers/CDs | | | $311,729.81 | $627,061.81 | |
| | | Subtotal | | | $315,332.00 | $0.00 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | Net | | | $315,332.00 | $0.00 | |

| For the period of 12/4/2008 to 9/29/2012 | | For the entire history of the account between 01/13/2010 to 9/29/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $345,120.58 | Total Compensable Receipts: | $345,120.58 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $345,120.58 | Total Comp/Non Comp Receipts: | $345,120.58 |
| Total Internal/Transfer Receipts: | $311,729.81 | Total Internal/Transfer Receipts: | $311,729.81 |
| | | | |
| Total Compensable Disbursements: | $29,788.58 | Total Compensable Disbursements: | $29,788.58 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29,788.58 | Total Comp/Non Comp Disbursements: | $29,788.58 |
| Total Internal/Transfer Disbursements: | $627,061.81 | Total Internal/Transfer Disbursements: | $627,061.81 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 08-18371-MLB |
| Case Name: | GREENHALGH, ADAM |
| Primary Taxpayer ID #: | ******2520 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/4/2008 |
| For Period Ending: | 9/29/2012 |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | FRONTIER BANK |
| Certificate of Deposits Acct #: | ******4170 |
| Account Title: | CD 1 |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| 03/12/2010 | | Transfer From  Acct#******0486 | to create CD | 9999-000 | $310,000.00 | | $310,000.00 |
| 04/01/2010 | | Transfer From  Acct#******2733 | correcting entry; wrong amount | 9999-000 | $242.50 | | $310,242.50 |
| 04/01/2010 | | Transfer From  Acct#******2733 | correcting entry; wrong amount | 9999-000 | $254.33 | | $310,496.83 |
| 04/01/2010 | | Transfer To Checking # ******2733 | Transfer For Bond Payment | 9999-000 | | $242.50 | $310,254.33 |
| 04/01/2010 | | Transfer To Checking # ******2733 | Transfer For Bond Payment | 9999-000 | | $254.33 | $310,000.00 |
| 04/23/2010 | (INT) | Frontier Bank | Interest at maturity | 1270-000 | $363.08 | | $310,363.08 |
| 06/08/2010 | (INT) | Frontier Bank | Interest at maturity | 1270-000 | $363.51 | | $310,726.59 |
| 07/23/2010 | (INT) | Frontier Bank | Interest at maturity | 1270-000 | $363.93 | | $311,090.52 |
| 09/10/2010 | (INT) | Frontier Bank | to close account | 1270-000 | $388.68 | | $311,479.20 |
| 09/10/2010 | (INT) | FRONTIER BANK | Account Closing Interest As Of 9/10/2010 | 1270-000 | $8.11 | | $311,487.31 |
| 09/10/2010 | | Transfer To: Savings # ******0486 | Transfer to Close Account | 9999-000 | | $311,487.31 | $0.00 |

| | | | |
|---|---|---|---|
| | TOTALS: | $311,984.14 | $311,984.14 | $0.00 |
| | Less: Bank transfers/CDs | $310,496.83 | $311,984.14 | |
| | Subtotal | $1,487.31 | $0.00 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $1,487.31 | $0.00 | |

| For the period of 12/4/2008 to 9/29/2012 | | For the entire history of the account between 03/10/2010 to 9/29/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,487.31 | Total Compensable Receipts: | $1,487.31 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,487.31 | Total Comp/Non Comp Receipts: | $1,487.31 |
| Total Internal/Transfer Receipts: | $310,496.83 | Total Internal/Transfer Receipts: | $310,496.83 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 | Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $311,984.14 | Total Internal/Transfer  Disbursements: | $311,984.14 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 08-18371-MLB | |
| Case Name: | GREENHALGH, ADAM | |
| Primary Taxpayer ID #: | ******2520 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/4/2008 | |
| For Period Ending: | 9/29/2012 | |

| | |
|---|---|
| Trustee Name: | Edmund Wood |
| Bank Name: | FRONTIER BANK |
| Checking Acct #: | ******2733 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $0.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 02/05/2010 | | Transfer From Acct#******0486 | | 9999-000 | $10.00 | | $10.00 |
| 04/01/2010 | | Transfer From CD 1 # ******4170 | Transfer For Bond Payment | 9999-000 | $242.50 | | $252.50 |
| 04/01/2010 | | Transfer From CD 1 # ******4170 | Transfer For Bond Payment | 9999-000 | $254.33 | | $506.83 |
| 04/01/2010 | | Transfer From Acct#******0486 | | 9999-000 | $254.33 | | $761.16 |
| 04/01/2010 | | Transfer From Acct#******0486 | correcting entry; wrong amount | 9999-000 | $242.50 | | $1,003.66 |
| 04/01/2010 | | Transfer To Acct#******0486 | correcting entry; wrong amount | 9999-000 | | $242.50 | $761.16 |
| 04/01/2010 | | Transfer To Acct#******4170 | correcting entry; wrong amount | 9999-000 | | $242.50 | $518.66 |
| 04/01/2010 | | Transfer To Acct#******4170 | correcting entry; wrong amount | 9999-000 | | $254.33 | $264.33 |
| 04/01/2010 | 1000 | International Sureties | Bond Payment | 2300-000 | | $252.50 | $11.83 |
| 04/01/2010 | 1000 | VOID: International Sureties | correcting entry; wrong amount | 2300-003 | | ($252.50) | $264.33 |
| 04/01/2010 | 1001 | International Sureties | Bond Payment | 2300-000 | | $254.33 | $10.00 |
| 10/18/2010 | | Transfer From Acct#******0486 | | 9999-000 | $316,554.98 | | $316,564.98 |
| 10/18/2010 | | Fortune Bank | Transfer Funds | 9999-000 | | $316,564.98 | $0.00 |

| | | |
|---|---|---|
| TOTALS: | $317,558.64 | $317,558.64 | $0.00 |
| Less: Bank transfers/CDs | $317,558.64 | $317,304.31 | |
| Subtotal | $0.00 | $254.33 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $254.33 | |

| For the period of 12/4/2008 to 9/29/2012 | | For the entire history of the account between 01/13/2010 to 9/29/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $317,558.64 | Total Internal/Transfer Receipts: | $317,558.64 |
| | | | |
| Total Compensable Disbursements: | $254.33 | Total Compensable Disbursements: | $254.33 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $254.33 | Total Comp/Non Comp Disbursements: | $254.33 |
| Total Internal/Transfer Disbursements: | $317,304.31 | Total Internal/Transfer Disbursements: | $317,304.31 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-18371-MLB | | Trustee Name: | Edmund Wood |
|---|---|---|---|---|
| Case Name: | GREENHALGH, ADAM | | Bank Name: | FRONTIER BANK |
| Primary Taxpayer ID #: | ******2520 | | Checking Acct #: | ******2733 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 12/4/2008 | | Blanket bond (per case limit): | $0.00 |
| For Period Ending: | 9/29/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | $316,832.89 | $316,832.89 | $0.00 |

| **For the period of 12/4/2008 to 9/29/2012** | | **For the entire history of the case between 12/04/2008 to 9/29/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $346,621.47 | Total Compensable Receipts: | $346,621.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $346,621.47 | Total Comp/Non Comp Receipts: | $346,621.47 |
| Total Internal/Transfer Receipts: | $1,572,929.14 | Total Internal/Transfer Receipts: | $1,572,929.14 |
| | | | |
| Total Compensable Disbursements: | $346,621.47 | Total Compensable Disbursements: | $346,621.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $346,621.47 | Total Comp/Non Comp Disbursements: | $346,621.47 |
| Total Internal/Transfer Disbursements: | $1,572,929.14 | Total Internal/Transfer Disbursements: | $1,572,929.14 |